IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

**FILED**

SEP 0 5 2006

William B. Guthrie
Clerk, U.S. District Court

By_____
Deputy Clerk

| | |
|---|---|
| JAMES L. COOMBS, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. CIV-06-060-SPS |
| WILLIAM E. IORIO, JOHN C. IORIO, THE IORIO FAMILY TRUST, GEORGE G. ZOLLER, DILIP R. LIMAYE and IRA M. LUBERT, | ) |
| Defendant(s). | ) |

## DISMISSAL WITHOUT PREJUDICE
## AS TO CERTAIN DEFENDANTS

Plaintiff James L. Coombs hereby dismisses the above-styled action without prejudice to the re-filing thereof as to the following Defendants: Ira M. Lubert, Dilip R. Limaye, John C. Iorio and George G. Zoller.

Respectfully submitted,

**ELLER AND DETRICH**,
A Professional Corporation

By: _____
James C. Hodges, OBA #4254
Shanann Pinkham Passley, OBA #13603
Rebecca Wood Hunter, OBA #19487
2727 East 21st Street
Suite 200, Midway Building
Tulsa, Oklahoma 74114
(918) 747-8900
(918) 747-2665 - facsimile

**ATTORNEYS FOR PLAINTIFF
JAMES L. COOMBS**

## CERTIFICATE OF SERVICE

I, James C. Hodges, hereby certify that on the ___1st___ day of September, 2006, a true and correct copy of the above and foregoing was mailed with sufficient postage thereon to the following:

David R. Cordell, Esq.
Jed W. Isbell, Esq.
Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148

James C. Bailey, Esq.
Bailey & Ehrenberg, PLLC
1155 Connecticut Avenue NW
Suite 1100
Washington, D.C. 20036

David R. Rosenfeld, Esq.
Astor Weiss Kaplan & Mandel
200 South Broad Street
Suite 600
Philadelphia, PA 19102

Kenneth E. Wagner, Esq.
Ryan C. Harper, Esq.
Laura E. Samuelson, Esq.
Latham, Stall, Wagner, Steele & Lehman. P.C.
Spirit Tower, Suite 500
1800 S. Baltimore
Tulsa, OK 74105

Dennis Talty, Esq.
101 West Main Street, 2nd Floor
Moorestown, NJ 08057

William Hayden Spitler, Esq.
Doerner, Saunders, Daniel & Anderson, L.L.P.
320 South Boston Avenue, Suite 500
Tulsa, Oklahoma  74103-3725

_____
James C. Hodges

I:\Coombs, James L\v. Intesco\Pleadings\Dismissal.doc