# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES L. COOMBS,            ) | |
|                             ) | |
|     **Plaintiff,**   ) | |
|                             ) | |
| v.                          ) | Case No. CIV-06-060-SPS |
|                             ) | |
| WILLIAM E. IORIO and THE IORIO ) | |
| FAMILY TRUST,               ) | |
|                             ) | |
|     **Defendants.** ) | |

## JUDGMENT

In accordance with the Opinion and Order Granting Plaintiff's Motion for Default Judgment [Docket No. 152] entered contemporaneously herewith, **JUDGMENT IS HEREBY RENDERED** in favor of the Plaintiff, James L. Coombs, and against the Defendants, William E. Iorio and the Iorio Family Trust, in the amount of $2,981,528.

**DATED** this 31st day of March, 2009.

_____
**STEVEN P. SHREDER**
**UNITED STATES MAGISTRATE JUDGE**