IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES L. COOMBS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 6:06-cv-00060-SPS |
| ) | |
| WILLIAM E. IORIO, JOHN C. IORIO, ) | |
| THE IORIO FAMILY TRUST, ) | |
| GEORGE G. ZOLLER, DILIP R. LIMAYE ) | |
| and IRA M. LUBERT, ) | |
| ) | |
| Defendant(s). ) | |

## NOTICE OF RENEWAL OF JUDGMENT

1.  Notice is given of renewal of the Judgment that was rendered and filed in the action as follows:

    A. Date of filing with the Court Clerk: March 31, 2009.

    B. Against Judgment Debtors: William E. Iorio and the Iorio Family Trust

    C. Judgment Creditor: James L. Coombs.

2.  If applicable, that a Notice of Renewal of Judgment has been previously filed on  N/A .

    Respectfully submitted,

    **ELLER AND DETRICH, A Professional Corporation**

    By: *s/James C. Hodges*
    James C. Hodges, OBA #4254
    Shanann Pinkham Passley, OBA #13603
    2727 East 21st Street, Suite 200
    Tulsa, Oklahoma  74114
    (918) 747-8900
    (918) 747-2665 *facsimile*

    **ATTORNEYS FOR JUDGMENT CREDITOR
    JAMES L. COOMBS**

I:\ - 971041\v. Intesco\Pleadings\Notice of Renewal of Judgment 3-13-14.docx