# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JAMES L. COOMBS,** | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 6:06-cv-00060-SPS |
| **WILLIAM E. IORIO, JOHN C. IORIO,** | ) |
| **THE IORIO FAMILY TRUST,** | ) |
| **GEORGE G. ZOLLER, DILIP R. LIMAYE** | ) |
| **and IRA M. LUBERT,** | ) |
| Defendant(s). | ) |

## NOTICE OF RENEWAL OF JUDGMENT

1. Notice is given of renewal of the Judgment that was rendered and filed in the action as follows:

   A. Date of filing with the Court Clerk:   March 31, 2009.

   B. Against Judgment Debtors:   William E. Iorio and the Iorio Family Trust

   C. Judgment Creditor:   James L. Coombs.

2. If applicable, that a Notice of Renewal of Judgment has been previously filed on <u>3/28/2014</u>.

Respectfully submitted,

**JAMES C. HODGES, P.C.**

By: *s/James C. Hodges*
James C. Hodges, OBA #4254
2622 East 21st Street, Suite 4
Tulsa, Oklahoma  74114
(918) 779-7078
(918) 770-9779 *facsimile*

**ATTORNEYS FOR JUDGMENT
CREDITOR JAMES L. COOMBS**